# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# NORTHERN DIVISION

**DAVANTA IVERSON**  
**ADC #130450**  
**PLAINTIFF**

v. Case No. 3:18-cv-00204-KGB-JTK

**CRAIGHEAD COUNTY DETENTION CENTER,** *et. al.*  **DEFENDANTS**

## ORDER

Before the Court are plaintiff Davanta Iverson's motion for leave to proceed *in forma pauperis* and Proposed Findings and Recommendations submitted by United States Magistrate Judge Jerome T. Kearney (Dkt. Nos. 3, 7). Mr. Iverson has not filed objections to the Proposed Findings and Recommendations, and the time to file such objections has passed. For the reasons set forth in the Proposed Findings and Recommendations, Judge Kearney recommends that this Court dismiss without prejudice this complaint and deny Mr. Iverson's motion to proceed *in forma pauperis* (Dkt. No. 3). After careful review, the Court concludes that the Proposed Findings and Recommendations should be, and hereby are, approved and adopted as this Court's findings in all respects (Dkt. No. 7).

The Court denies Mr. Iverson's motion to proceed *in forma pauperis* (Dkt. No. 3). The Court dismisses without prejudice Mr. Iverson's complaint (Dkt. No. 1).

It is so ordered this the 10th day of February, 2020.

*Kristine G. Baker*
Kristine G. Baker
United States District Judge