# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## NORTHERN DIVISION

**DAVANTA IVERSON**                                                              **PLAINTIFF**
**ADC #130450**

v.                  Case No. 3:18-cv-00204-KGB-JTK

**CRAIGHEAD COUNTY DETENTION CENTER,** *et. al.*          **DEFENDANTS**

## JUDGMENT

Pursuant to the Order entered this date, it is considered, ordered, and adjudged that plaintiff Davanta Iverson's complaint is dismissed without prejudice.

So adjudged this the 10th day of February, 2020.

                                                                Kristine G. Baker
                                                                 United States District Judge